FILE COPY

## IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 14-0203

| | | |
|---|---|---|
| **JAY S. COOPER** | | |
| **v.** | § | |
| **HAMILTON COUNTY, HAMILTON** | § | **Hamilton County,** |
| **INDEPENDENT SCHOOL** | § | |
| **DISTRICT, CITY OF HAMILTON,** | § | **10th District.** |
| **HAMILTON HOSPITAL DISTRICT** | § | |
| **AND HAMILTON COUNTY** | § | |
| **APPRAISAL DISTRICT** | | |

**May 23, 2014**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

The Court, noting that petitioner has filed an affidavit attesting to the inability to pay costs herein expended, hereby waives payment of costs.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 10th day of July, 2014.

Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk